# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ERIC L. MENDYK & PAMELA M. MENDYK  
5397 LANSBURY CIRCLE  
LAKE IN THE HILLS, IL  60156

SSN-xxx-xx-0829 & xxx-xx-8703

Case Number: 05-74500

Case filed on: 9/1/2005  
Plan Confirmed on: 2/28/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $14,600.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICE OF MACEY & ALEMAN | 2,000.00 | 2,000.00 | 2,000.00 | 0.00 |
|  | Total Legal | 2,000.00 | 2,000.00 | 2,000.00 | 0.00 |
| 201 | PIERCE AND ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 8,812.78 | 8,812.78 | 714.12 | 0.00 |
|  | Total Priority | 8,812.78 | 8,812.78 | 714.12 | 0.00 |
| 999 | ERIC L. MENDYK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | LITTON LOAN SERVICING LP | 13,593.34 | 10,893.49 | 10,893.49 | 0.00 |
| 022 | LITTON LOAN SERVICING LP | 150.00 | 112.75 | 112.75 | 0.00 |
|  | Total Secured | 13,743.34 | 11,006.24 | 11,006.24 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 722.28 | 613.94 | 0.00 | 0.00 |
| 003 | AMERITECH | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | B-LINE LLC | 2,905.91 | 2,470.02 | 0.00 | 0.00 |
| 005 | CAPITAL ONE | 935.98 | 795.58 | 0.00 | 0.00 |
| 006 | CAPITAL ONE | 1,278.44 | 1,086.67 | 0.00 | 0.00 |
| 007 | CAPITAL ONE | 908.08 | 771.87 | 0.00 | 0.00 |
| 008 | CAPITAL ONE | 1,269.19 | 1,078.81 | 0.00 | 0.00 |
| 009 | B-LINE LLC | 2,251.37 | 1,913.66 | 0.00 | 0.00 |
| 010 | CREDIT FIRST NA | 310.06 | 263.55 | 0.00 | 0.00 |
| 011 | HOME DEPOT | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | B-LINE LLC | 3,515.52 | 2,988.19 | 0.00 | 0.00 |
| 013 | B-LINE LLC | 1,241.42 | 1,055.21 | 0.00 | 0.00 |
| 014 | B-LINE LLC | 3,083.88 | 2,621.30 | 0.00 | 0.00 |
| 015 | LVNV FUNDING LLC | 734.91 | 624.67 | 0.00 | 0.00 |
| 016 | B-LINE LLC | 450.84 | 383.21 | 0.00 | 0.00 |
| 017 | SHERMAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | TWEETER | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | B-LINE LLC | 1,171.63 | 0.00 | 0.00 | 0.00 |
| 020 | VISA | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | VMA | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 20,779.51 | 16,666.68 | 0.00 | 0.00 |
|  | Grand Total: | 45,335.63 | 38,485.70 | 13,720.36 | 0.00 |

Total Paid Claimant:     $13,720.36  
Trustee Allowance:       $879.64  
Percent Paid Unsecured:  0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/28/2008              By  /s/Heather M. Fagan